This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Misty Easterday v. Quality Correctional Care, LaGrange County Sheriff's Department

| | |
|---|---|
| Case Number | 29D05-2307-CT-006502 |
| Court | Hamilton Superior Court 5 |
| Type | CT - Civil Tort |
| Filed | 07/17/2023 |
| Status | 07/17/2023 , Pending  (active) |

## Parties to the Case

**Defendant**  Quality Correctional Care

**Defendant**  LaGrange County Sheriff's Department
<u>Attorney</u>
Daniel Mark Witte
*#1895749, Retained*

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325
Indianapolis, IN 46240
317-818-5121(W)

**Plaintiff**     Easterday, Misty
<u>Attorney</u>
Charles Chrystal Hayes
*#2422053, Lead, Retained*

HAYES RUEMMELE, LLC
141 E. Washington Street, Ste. 225
Indianapolis, IN 46204
317-491-1050(W)

<u>Attorney</u>
Steven Paul Lammers
*#2644364, Retained*

Mandel Horn &Rauch, P.C.
704 Adams Street
Suite F
Carmel, IN 46032
317-581-7440(W)

## Chronological Case Summary

| | |
|---|---|
| 07/17/2023 | **Case Opened as a New Filing** |
| 07/17/2023 | **Complaint/Equivalent Pleading Filed**<br>Complaint |
| | Filed By:  Easterday, Misty |
| | File Stamp:  07/17/2023 |
| 07/17/2023 | **Appearance Filed**<br>Appearance |
| | For Party:  Easterday, Misty |
| | File Stamp:  07/17/2023 |
| 07/17/2023 | **Subpoena/Summons Filed**<br>Proposed Summons |
| | Filed By:  Easterday, Misty |
| | File Stamp:  07/17/2023 |
| 07/28/2023 | **Appearance Filed**<br>Appearance filed by Brian M. Pierce for Quality Correctional Care, LLC, Unknow QCC Employees. cag |
| | For Party:  Quality Correctional Care |
| | File Stamp:  07/28/2023 |

| 07/28/2023 | **Motion for Enlargement of Time Filed** | |
| | Motion for Extension of Time filed, proposed Order submitted. cag | |
| | Filed By: | Quality Correctional Care |
| | File Stamp: | 07/28/2023 |

| 07/31/2023 | **Order Granting Motion for Enlargement of Time** | |
| | ORDER GRANTING QUALITY CORRECTIONAL CARE, LLC, DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT. ENotice to parties. cag | |
| | Judicial Officer: | Najjar, David K |
| | Noticed: | Quality Correctional Care |
| | Noticed: | LaGrange County Sheriff's Department |
| | Noticed: | Hayes, Charles Chrystal |
| | Order Signed: | 07/30/2023 |

| 08/01/2023 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 7/31/2023 : Charles Chrystal Hayes | |

| 08/03/2023 | **Appearance Filed** | |
| | Appearance filed. smb | |
| | For Party: | LaGrange County Sheriff's Department |
| | File Stamp: | 08/03/2023 |

| 08/03/2023 | **Motion for Enlargement of Time Filed** | |
| | Motion for Enlargement of Time to Answer filed. order submitted. smb | |
| | Filed By: | LaGrange County Sheriff's Department |
| | File Stamp: | 08/03/2023 |

| 08/04/2023 | **Order Granting Motion for Enlargement of Time** | |
| | ORDER ENLARGING TIME TO ANSWER. ENotice to parties. cag | |
| | Judicial Officer: | Najjar, David K |
| | Noticed: | Quality Correctional Care |
| | Noticed: | Hayes, Charles Chrystal |
| | Noticed: | Witte, Daniel Mark |
| | Order Signed: | 08/03/2023 |

| 08/05/2023 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 8/4/2023 : Charles Chrystal Hayes;Daniel Mark Witte | |

| 08/14/2023 | **Appearance Filed** | |
| | Appearance filed. ew | |
| | For Party: | Easterday, Misty |
| | File Stamp: | 08/14/2023 |

| 08/17/2023 | **Notice to Court Filed** | |
| | Defendant LaGrange County Sheriff Dept., aka Tracy Harker's Notice of Removal of Cause to Federal court filed. cag | |
| | Filed By: | LaGrange County Sheriff's Department |
| | File Stamp: | 08/17/2023 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Easterday, Misty**

Plaintiff

Balance Due (as of 08/17/2023)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 07/17/2023 | Transaction Assessment | 232.00 |
| 07/17/2023 | Electronic Payment | (232.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

IN THE HAMILTON COUNTY SUPERIOR COURT
:

| | |
|---|---|
| STATE OF INDIANA | § |
| COUNTY HAMILTON | § |
| | § |
| MISTY EASTERDAY as Administrator, | § |
| of the ESTATE OF HUGH EASTERDAY | § |
| Plaintiff, | § |
| v. | § |
| | § |
| QUALITY CORRECTIONAL CARE LLC, | §   CAUSE NO. : |
| LAGRANGE COUNTY SHERIFF DEPT. | § |
| AKA TRACY HARKER | § |
| UNKNOWN QCC EMPLOYEES | § |
| UNKNOWN LCSD EMPLOYEES | § |
| in their individual capacities, | § |
| | § |
| Defendants. | § |
| ++ | § |
| | § |
| | § |

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

### **Nature of the Case**

1. This is an action for damages brought by Misty Easterday on behalf of the Estate of Hugh Easterday against Quality Correctional Care LLC ("QCC"), LaGrange County Sheriff's Department ("LCSD"), aka Tracy Harker, and unknown QCC/LCSD employees in their in individual capacities. The Defendants recklessly and indifferently failed to provide Hugh Easterday proper medical treatment and accommodations in violation of the 8th and 14th Amendments to the United States Constitution, and the QCC defendant(s) have committed the Indiana torts of negligence and/or caused the wrongful death (or loss of chance of survival) of Hugh Easterday.

**Jurisdiction and Venue**

2.  Hamilton County, Indiana is a county of preferred venue under Indiana Rules of Trial Procedure 75(A)(4), as the Defendant QCC's principal place of business is located in Hamilton. County, Indiana.

3.  Hamilton County is located within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division.

**Conditions Precedent**

4.  All conditions precedent to the institution of this lawsuit have been fulfilled.

**Parties**

5.  Misty Easterday ("Misty") is a citizen and resident of the State of Indiana.  Misty was the lawful wife of Hugh Easterday at the time of his death.  Misty has been appointed as the special administrator of the estate for the decedent, Hugh Easterday ("Hugh").  Hugh is survived by his wife, Misty Easterday, as well as their three children.

6.  Defendant Quality Correctional Care, LLC ("QCC") is a domestic corporation headquartered in Carmel, Indiana which operates as a for-profit foreign corporation in Indiana, and was, at the time of the events giving rise to plaintiff's claims, providing medical care to inmates in the LaGrange County Jail ("LCJ").  QCC's principal office is located in Hamilton County, Indiana, 12900 N. Meridian Street, Suite 140, Carmel, IN, 46032. The registered agent for QCC is Lisa Scroggins, 12900 N. Meridian Street, Suite 140, Carmel, IN, 46032.

7.  The LaGrange County Sheriff's Department ("LCSD") is located in the county seat of LaGrange County, which is in LaGrange, Indiana.  The Sheriff's Department is responsible

for operating the LaGrange County Jail ("LCJ"), which is also located in LaGrange, Indiana. Tracy Harker is the elected Sheriff for LaGrange County, Indiana

8. Unknown Nurses, Employees, and Doctors, are employees of QCC, and they were employed by QCC at all times pertinent to this complaint.  John Doe #1, John Doe #2, and John Doe #3 are jail deputies employed by LCSD.  These individuals are responsible for the health and safety of the inmates at LCJ.  All of these individuals were responsible for the health and safety of Hugh Easterday.

## **Factual Allegations**

9. LaGrange County Sheriff's Department ("LCSD") has a legal duty to provide adequate medical care to its inmates.  This duty passes along to its employees, deputies, and jail staff.

10. QCC had a contract with LCSD to provide medical services to its inmates at the LCJ.

11. QCC is not a "Qualified Provider" under Indiana Code 34-18-2-24.5.

12. The contract between QCC and MCSD was in effect between March 1, 2021 and July 31, 2021. As a part of this contract, all QCC employees owe a duty of care to inmates at the LCJ.

13. QCC was responsible for providing sufficient medical staff to provide adequate medical care to the inmates of LCJ.

14. LCSD was responsible for ensuring its jail was properly staffed with sufficient medical staff, and that its jail employees were properly trained to identify and provide emergency medical treatment.

15. LCSD and QCC's duty to provide medical care includes transporting inmates to off-site medical facilities to seek appropriate medical care.

16. LCSD and QCC were responsible to train and supervise employees and deputies at the LCJ to provide adequate medical care to the inmates of LCJ.  This duty included making sure those charged with monitoring inmates were proficient in life saving techniques such as CPR and properly responding to cardiac arrests and possible clinical drug overdoses.

17. In recent years, opioid and methamphetamine addictions have sky rocketed across the nation, including in northern Indiana, and this fact has been widely reported and discussed in the national, state, and local news media.

18. It is well-known that the use and withdrawals of (from) these drugs in general, can cause serious health issues, including death if not properly monitored and treated.

19. It is also well-known that these drugs can cause cardiac arrests, and that prompt treatment and intervention is necessary to ensure those affected have the best chance of survival.

20. It is common for prison and jail staff at the federal, state, and local levels to encounter inmates who suffer from withdrawal and overdose symptoms while in custody.  In response, many facilities, including those administered by the Federal Bureau of Prisons, have implemented policies, procedures, and training specifically designed to monitor and protect these inmates.  Others, including the LCJ, have done little, if anything to address the problem.

21. LCSD and QCC was responsible for adequately providing medical treatment at the LCJ, and to ensure that only inmates who were medically fit for incarceration were admitted to the LCJ, and remained in the facility.

22. On or about May 21, 2021, Hugh was arrested and was processed into the custody of the LCSD.

23. While he was incarcerated Hugh experienced chest pains.  These pains were communicated to the jail staff (LCSD employees) and by proxy to QCC.

24.  Chest pains are a serious medical need.  Any licensed medical nurse and/or physician is aware that chest pains are a serious condition that can be indicative of a possible stroke or heart attack.

25.  Despite knowledge of Hugh's chest pains, QCC did not provide Hugh adequate medical treatment nor did QCC arrange for Hugh to see an off-site cardiologist or pulmonologist.

26. Hugh was unfit for confinement, and should have been transported to an appropriate medical facility to seek care for his obvious medical issues.

27. QCC failed to properly train LCSD deputies in the intake process.  QCC did not properly staff the jail with medical personnel to conduct the intake procedure.

28. Hugh's condition was such that it was clear and obvious that he needed immediate medical attention.

29. Unknown jail deputies, including John Doe 1, John Doe 2, and John Doe 3 were all deliberately indifferent to Hugh's obvious medical needs and did not provide him adequate medical treatment.

30. Upon information and belief, no responsible physician ever examined Hugh while he was incarcerated.

31. The lack of an onsite responsible physician and/or other medical provider was a result of QCC policy and practice.

32. On or about July 20, 2021, Hugh collapsed onto the floor of the jail.

33. A fellow inmate attempted to provide CPR to Hugh.

34. Jail deputies did not provide adequate life saving measures to Hugh.

35. The deputies' failure to provide adequate medical care was due to LCSD and QCC's failure to properly staff, train and supervise.

36. The delay in providing proper life saving measures decreased Hugh's chance of survival and was a responsible cause of his death.

37. Due to QCC's failure to properly staff the LCJ with sufficient medical staff, a licensed medical provider was not readily available to provide life saving measures to Hugh at the time of his death.

38. The names of all QCC employees and deputies that neglected to care for Hugh are not known by the Plaintiff at this time.

39. Hugh was pronounced death prior to be transported to a hospital.

40. LCSD and QCC would have been financial liable for any medical costs provided to Hugh, had he been transported as a prisoner to an off-site medical facility.

41. QCC was responsible for determining which inmates should be transferred to offsite facilities for medical treatment.

42. QCC had a policy and practice of understaffing the LCJ with medical personnel.  This policy and practice prevented timely transfers of inmates to emergency medical facilities, allowed the intake of inmates without a proper medical screening, and left the jail without individuals licensed to provide medical care to the inmates.  LCSD was aware the LCJ was not adequately staffed with medical personnel.

43. QCC and LCSD did not transport Hugh to an emergency medical facility during the course of his custodial sentence until after he appeared to be in cardiac arrest.  This failure to transport was despite clear signs that Hugh was suffering serious health problems.

44. Hugh had an obvious medical need.

45. Hugh received no meaningful medical treatment while he was incarcerated at the LCJ.

46. The QCC and LCSD, and their respective staffs who interacted with Hugh should have ensured that he got proper medical treatment.

47.  Defendants individually and collectively failed to take reasonable measures to provide treatment and assessment for Hugh's serious medical needs.

48. Hugh's wrongful death and/or loss of chance of survival was the result of the inaction, negligence, deliberate indifference, and/or failures of QCC and its respective employees.

49. The actions and inaction of the (known and unknown) individual defendants were conducted within the scope of their employment or contract with QCC and the LCSD respectively.

50. The actions and inactions of all of the defendants were taken under color of state law.


### Statement of Claims

### Count I – § 1983 claim, Violation of the Eighth and Fourteenth Amendment

### All Individual Defendants

### (Unknown Individual QCC Defendants and Individual LCSD Employees, including John Doe 1, John Doe 2, and John Doe 3)

51. Plaintiff re-alleges and incorporates by reference all preceding paragraphs.

52. Plaintiff was in the lawful custody of the LCSD.

53.  Defendants were aware that Plaintiff was in need of obvious medical treatment at the jail.

54.  Defendants were reckless and deliberately indifferent in the manner Plaintiff was deprived of adequate medical treatment.

55.   Plaintiff has the right to be free from cruel and unusual punishment under the 8th and 14th Amendments while he was incarcerated.

56.   Plaintiff's death and suffering was the result of the Defendants' reckless and deliberately indifferent treatment of the Plaintiff.

57.   Plaintiff's need for medical attention was clear and obvious.

58.   Defendants were all government actors, who were acting under the color of state law as to all times relevant to the complaint.

59.   The Defendants were obligated to provide medical treatment and assessment to the Plaintiff.

60.   The Defendants failed to provide proper medical treatment and assessment to the Plaintiff.

61.   This failure to provide medical treatment and assessment was intentional, reckless, and/or indifferent.

62.   The failure to provide medical treatment and assessment to the Plaintiff is a violation of his 14th Amendment Rights, as well as his 8th Amendment Rights to be free from cruel and unusual punishment.

63.   By way of this claim, Plaintiffs are seeking all available compensatory and punitive damages, remedies, and just relief, including recovery of attorney fees and costs.

### Count II- Policy Procedure and Practice, 42 USCA sec. 1983

### (*Monell* Claim against QCC and LCSD)

64.   Plaintiff re-alleges and incorporates by reference all preceding paragraphs.

65.   Plaintiff's death was caused by the failure of QCC and LCSD to properly staff, supervise, train, and/or implement policy in providing life saving measures to individuals in cardiac distress.

66. The failure by QCC and LCSD to properly implement policy to monitor and provide for care for inmates suffering from cardiac distress is violation of Federal Law.

67. Plaintiff's death was caused by the failure of QCC and LCSD to properly supervise, train, and/or implement policy in providing life saving measures to individuals suffering from a possible drug over dose.

68. The failure by QCC and LCSD to properly implement policy to monitor and provide for care for inmates suffering from a possible drug overdose is violation of Federal Law.

69. Plaintiff's death was caused by the QCC and LCSD's policy and practice of understaffing the LCJ with properly trained medical staff

70.  The failure by QCC and LCSD to properly implement policy to monitor and care for inmates with opiate withdrawal falls under a *Monell* claim, and is a violation of Federal Law.

71. The failure by QCC and LCSD to properly implement policy and training to identify and/or approve inmates in need of medical care at off-site emergency facilities and/or provide diagnostic testing falls under a *Monell* claim, and are a violation of Federal Law.

72. QCC and LCSD's pattern of failing to identify and/or approve inmates in need of medical care to emergency care facilities falls under a *Monell* claim, and is a violation of Federal Law.

73. Due to either an express policy or a widespread practice and custom, QCC (who were acting under the color of state law), and LCSD to not properly treat, monitor, and/or transport inmates, who were in need of urgent medical treatment violates the Plaintiff's rights under the  8th, and 14th amendments for not providing appropriate medical care.

### Count III –State Law Claims of Negligence/Wrongful Death against

### (QCC and QCC Employees)

74.   Plaintiff re-alleges and incorporates by reference all preceding paragraphs.

75.   QCC and (its employees, contractors, and designees) owed Plaintiff a duty of care.

76.   QCC and (its employees, contractors, and designees)  were negligent in their failure to provide proper medical care to the Defendant.

77. The conduct of the individual QCC employees, contractors, and designees was wanton, knowingly, and/or reckless.

78. QCC is liable for not providing sufficient medical training to the jail staff.

79. QCC is liable for not providing sufficient medical staff at the jail.

80. QCC is liable for not providing sufficient medical equipment to the jail.

81. QCC and (its employees, contractors, and designees) is liable for not performing appropriate medical screening, diagnostic testing, and/or transfers to off-site medical facilities.

82. QCC is liable for the actions of the jail personnel and contracted entities committed within the scope of their employment, to the extent that any officers or employees were purportedly acting in accordance with policies, procedures or practices that are asserted in defense of their actions.

83.  QCC is vicariously liable for the actions of its employees.

84.  QCC have a duty to provide adequate medical care to inmates at the MCJ.

85.   QCC and its employees, contractors, and designees failed to comply with the applicable standard of care to the Plaintiff, by failing to provide him proper oversight and care.

86. The failures by QCC and its employees, contractors, and designees reduced Plaintiff's chance of survival.

87.  The failures by QCC and its employees, contractors, and designees caused the wrongful death of the Plaintiff.

88.  By way of this claim, Plaintiff is seeking all available & appropriate damages, remedies, and just relief.

### Prayer for Relief

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully pray for relief and judgment, as follows:

I.   Awarding compensatory damages in favor of Plaintiff against all Defendants jointly and severally, for all damages sustained as a result of Defendants' wrong doing, in an amount to be proven at trial.

II.   Awarding punitive damages in favor of Plaintiff against all individual Defendants jointly and severally, for all damages sustained as a result of Defendants' wrong doing, in an amount to be proven at trial.

III.   Awarding Plaintiffs their reasonable costs and expenses incurred in this action, including attorney fees and expert fees; and

IV. Such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Charles C. Hayes*
Charles C. Hayes24220-53
Jane H. Ruemmele, 6555-49
HAYES RUEMMELE, LLC
22 E. Washington Street Ste. 610
Indianapolis, IN 46204
317-491-1050, FAX 317-491-1043
Charles@chjrlaw.com
Jane@chjrlaw.com

/s/ *Steven P. Lammers*, 26443-64
Mandel Rauch & Lammers, P.C.
704 Adams Street, Suite F
Carmel, IN 46032
(317) 581-7440
slammers@mhmrlaw.com

**JURY TRIAL DEMAND**

Plaintiff respectfully request that this matter be tried by a jury on all issues.

Respectfully submitted,

***/s/ Charles C. Hayes***

Charles C. Hayes24220-53
Jane H. Ruemmele, 6555-49
HAYES RUEMMELE, LLC
22 E. Washington Street Ste. 610
Indianapolis, IN 46204
317-491-1050, FAX 317-491-1043
Jane@chjrlaw.com

/s/ *Steven P. Lammers*, 26443-64
Mandel Rauch & Lammers, P.C.
704 Adams Street, Suite F
Carmel, IN 46032
(317) 581-7440
slammers@mhmrlaw.com

IN THE HAMILTON COUNTY SUPERIOR COURT
:

| | | |
|---|---|---|
| STATE OF INDIANA | § | |
| COUNTY HAMILTON | § | |
| | § | |
| MISTY EASTERDAY as Administrator, | § | |
| of the ESTATE OF HUGH EASTERDAY | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| QUALITY CORRECTIONAL CARE LLC, | § | CAUSE NO. : |
| LAGRANGE COUNTY SHERIFF DEPT. | § | |
| AKA TRACY HARKER | § | |
| UNKNOWN QCC EMPLOYEES | § | |
| UNKNOWN LCSD EMPLOYEES | § | |
| in their individual capacities, | § | |
| | § | |
| Defendants. | § | |
| ++ | § | |
| | § | |
| | § | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

  1.  The party on whose behalf this form is being filed is:
      Initiating  <u>X   </u>        Responding _____        Intervening ____ ; and

      the undersigned attorney and all attorneys listed on this form now appear in this
      case for the following parties:

      Name of party: **Misty Easterday, on behalf of the Estate of Hugh Easterday,**

  2.   Attorney information for service as required by Trial Rule 5(B)(2)

                    Hayes Ruemmele LLC
                    Name: Charles C. Hayes, #24220-53
                    22 E. Washington Street, Ste. 610
                    Indianapolis, Indiana 46204
                    Telephone: (317) 491-1050
                    Facsimile: (317) 491-1043
                    Email: charles@chjrlaw.com

*(List on continuation page additional attorneys appearing for above party)*

3.   This is a **CT** case type as defined in administrative Rule 8(B)(3).

4.   I will accept service by FAX at the above noted number:  Yes _____ No __**X**__

*5.* This case involves child support issues. Yes _____ No __**X**__

6.   This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No __**X**__

7.   This case involves a petition for involuntary commitment.  Yes _____ No __**X**__

8.   If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

9.   There are related cases: Yes _____ No __**X**__

10. Additional information required by local rule: **NA**

11. There are other party members: Yes _x__ No_____

12. This form has been served on all other parties:
     Yes___ No_X__  (served on Plaintiffs' counsel)

                              _____/S/ Charles C. Hayes_____
                               Charles C. Hayes, #24220-53

Hayes Ruemmele LLC
22 E. Washington Street
Suite 610
Indianapolis, Indiana  46204
Telephone:  (317) 491-1050
Facsimile:   (317) 491-1043

**APPEARANCE FORM –CONTINUATION PAGE (Civil Case)**

**Case Number:**

**First Name in Case Caption:** Misty Easterday

**Continuation of Item #1** (For Attorney use only; list additional parties this attorney represents in this case): NA

**Continuation of Item # 2** (For Attorney use only; list additional attorneys appearing for party member, as applicable):

Name: Jane H. Ruemmele                    Atty. Number: 6555-49
Address:
22 East Washington Street,     Suite 610, Indianapolis, IN, 46204
Phone: 317.491.1050
FAX: 317.491.1043
jane@chjrlaw.com

/s/ *Steven P. Lammers*, 26443-64
Mandel Rauch & Lammers, P.C.
704 Adams Street, Suite F
Carmel, IN 46032
(317) 581-7440
slammers@mhmrlaw.com

**Continuation of Item # 9**: N A

**Continuation of Item # 11:** NA

# SUMMONS
## IN THE HAMILTON COUNTY SUPERIOR COURT
:

| | |
|---|---|
| STATE OF INDIANA | § |
| COUNTY HAMILTON | § |
| | |
| MISTY EASTERDAY as Administrator, | § |
| of the ESTATE OF HUGH EASTERDAY | § |
| Plaintiff, | § |
| v. | § |
| | § |
| QUALITY CORRECTIONAL CARE LLC, | §   CAUSE NO. : |
| LAGRANGE COUNTY SHERIFF DEPT. | § |
| AKA TRACY HARKER | § |
| UNKNOWN QCC EMPLOYEES | § |
| UNKNOWN LCSD EMPLOYEES | § |
| in their individual capacities, | § |
| | § |
| | § |
| Defendants. | § |
| ++ | § |
| | § |

**To Defendants:**

Sheriff Tracy Harker
LaGrange County Sheriff's Department
0875 S SR 9
LaGrange, Indiana, 46761

Quality Correctional Care LLC
C/O Lisa Scroggins
12900 N. Meridian Street, Suite 140
Carmel, IN, 46032

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed wither by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days is this Summons was received by mail.), or judgment by default may be rendered against you for the relief demanded by plaintiff.

Your written answer must comply with and be in the form prescribed by the Indiana Trial Rules of Civil Procedure and the rules of the Trial Court.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

The Hamilton County Clerk's Office is located at 1 North 8th Street, Suite 106, Noblesville, IN, 46563.

Dated: 7/17/2023 _____

Kathy Kreag Williams

**Clerk, Hamilton County**

**(The following manner of Service of Summons is hereby designated.)**

__XX____ **Registered or Certified Mail**
_____ **Service on Individual—address above**
_____ **Service on Individual at place of employment—address above**
_____ **Private Service**


**Attorney for Plaintiff:**
**Charles C. Hayes, Attorney at Law 24220-53**
**Jane H. Ruemmele, Attorney at Law 6555-49**
**22 E. Washington Street Suite 610**
**Indianapolis IN 46204 phone 317-491-1050 fax 317 491-1043**
**e mail charles@chjrlaw.com; jane@chjrlaw.com**

**SHERIFF'S RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the ____ day of _____, 20__:

(1) By delivering a copy of the <u>Summons and a copy of the complaint</u>   to the Defendant, _____.

(2) By leaving a copy of the <u>Summons and   copy of the complaint</u> at_____, which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said Defendant at the above address.

(3) Other Service or Remarks:_____
_____.

_____        _____
**Sheriff's Costs**                           **Sheriff**

                                              **By:**_____
                                                   **Deputy**

_____        _____
**Sheriff's Costs**                           **Sheriff**

                                              **By:**_____
                                                   **Deputy**

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the ____ day of _____, 20__, I mailed a copy of this Summons and a copy of the complaint to the defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                 _____
                                 **Clerk, Hamilton County**

**Dated:_____, 20____.**         **By:**_____
                                                   **Deputy**

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____, was accepted by the defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____, was accepted by _____ on behalf of the defendant on the _____ day of _____, 20____.

_____
**Clerk, Hamilton County**

**By:**_____
      **Deputy**

STATE OF INDIANA ) IN THE HAMILTON SUPERIOR COURT
)
COUNTY OF HAMILTON ) 2023 TERM

Misty Easterday, as Administrator of
the Estate of Hugh Easterday,

     Plaintiff,

     vs.                    CAUSE NO.:  29D05-2307-CT-006502

Quality Correctional Care, LLC,
Lagrange County Sheriff's Department
AKA Tracy Harker,
Unknown QCC Employees,
Unknown LCSD Employees,
in their individual capacities,

     Defendants.

## **APPEARANCE BY ATTORNEY IN CIVIL CASE**

1.     The party on whose behalf this form is being filed is:

     Defendant: Quality Correctional Care, LLC, Unknown QCC Employees

2.     Attorney information for service as required by Trial Rule 5(B)(2)

     Name: Brian M. Pierce     Atty Number: 24350-18
     Address: PO Box 1411 Muncie, Indiana 47308
     Phone: (765) 385-9506
     Fax:   (765) 416-6452
     Email: brian@brianpiercelaw.com

3.     This is a CT case type as defined in administrative Rule 8(B)(3).

4.     I will accept service by:

     FAX at the above noted number: Yes ___  No ___X___
     Email at the above noted number: Yes __X__ No _____

5.     This case involves child support issues: No

7.     This case involves a petition for involuntary commitment: No
8.     N/A
9.     There are related cases: No

10.    Additional information required by local rule:

Date: <u>07/27/2023</u>                              <u>/s/ Brian M. Pierce</u>
                                                  Brian M. Pierce, 24350-18

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT |
| | ) | |
| COUNTY OF HAMILTON | ) | 2023 TERM |

Misty Easterday, as Administrator of
the Estate of Hugh Easterday,

     Plaintiff,

     vs.                CAUSE NO.:  29D05-2307-CT-006502

Quality Correctional Care, LLC,
Lagrange County Sheriff's Department
AKA Tracy Harker,
Unknown QCC Employees,
Unknown LCSD Employees,
in their individual capacities,

     Defendants.

## QUALITY CORRECTIONAL CARE, LLC, DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Come now Defendants, Quality Correctional Care, LLC, and Unknown QCC Employees, by the undersigned counsel, Brian M. Pierce, and moves for an extension of time of (30) days to answer Plaintiff's complaint.  Quality Correctional Care, LLC, and Unknown QCC Employees state as follows in support:

1.  Plaintiff's complaint was filed July 17th, 2023 and served on Defendant QCC on July 21st, 2023.

2.  Defendant QCC's answer is due August 9th, 2023.

3.  The undersigned counsel was recently retained and needs additional time to review the complaint and prepare an answer.

4.  The opposing party has been contacted and does not object to an extension of 30 days through September 8th, 2023 for Quality Correctional Care, LLC and Unknown QCC Employees.

5.  This motion is not being made to delay or prejudice the proceedings.

1

Wherefore, Quality Correctional Care, LLC, and Unknown QCC Employees, Defendants, by the undersigned counsel, Brian M. Pierce, moves for an extension of time of (30) days to answer Plaintiff's complaint.

Respectfully Submitted,

Date: _ 07/27/2023                              /s/ Brian M. Pierce_____
                                                Brian M. Pierce, Ind. Bar # 24350-18
                                                PO Box 1411
                                                Muncie, Indiana 47308
                                                Tel: (765) 385-9506
                                                Fax: (765) 385-9506
                                                brian@brianpiercelaw.com
                                                Attorney for Defendant Quality Correctional Care,

2

<u>Certificate of Service</u>

I, Brian M. Pierce, the undersigned counsel of record for Defendant Quality Correctional Care, LLC, affirm under penalties of perjury that a copy of this Motion has been electronically served on all counsel of record this 27th day of July, 2023.

Date: <u>07/27/2023</u>          /s/ Brian M. Pierce
                                 Brian M. Pierce, Ind. Bar # 24350-18


Hayes Ruemmele LLC
Charles C. Hayes, #24220-53
22 E. Washington Street, Ste 610
Indianapolis, Indiana 46204
Email: <u>charles@chirlaw.com</u>

Jane H. Ruemmele, #6555-49
22 E. Washington Street, Ste 610
Indianapolis, Indiana 46204
Email:jane@chjrlaw.com

Steven P. Lammers, #26443-64
704 Adams Street, Suite F
Carmel, Indiana 46032
Email: slammers@mhmrlaw.com

3

FILED
July 31, 2023
CLERK OF THE HAMILTON
CIRCUIT COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT |
| | ) | |
| COUNTY OF HAMILTON | ) | 2023 TERM |

Misty Easterday, as Administrator of
the Estate of Hugh Easterday,

     Plaintiff,

     vs.                  CAUSE NO.:  29D05-2307-CT-006502

Quality Correctional Care, LLC,
Lagrange County Sheriff's Department
AKA Tracy Harker,
Unknown QCC Employees,
Unknown LCSD Employees,
in their individual capacities,

     Defendants.

## ORDER GRANTING QUALITY CORRECTIONAL CARE, LLC, DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Comes now the Court and having reviewed Quality Correctional Care, LLC, and Unknown QCC Employees' Motion for an Extension of Time to Answer Plaintiff's Complaint, now grants said motion.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Quality Correctional Care, LLC, and Unknown QCC Employees shall have until September 8th, 2023, to file their answer to Plaintiff Misty Easterday (as Administrator of the Estate of) Hugh Easterday's complaint.

IT IS SO ORDERED:

Date:____7/30/2023_____      _____

                               Judge, Hamilton Superior Court, 5

1

Filed: 8/3/2023 11:08 AM
Clerk
Hamilton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT 5 |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D05-2307-CT-006502 |

MISTY EASTERDAY, as Administrator of the )
ESTATE OF HUGH EASTERDAY, )
                          )
           Plaintiff, )
                          )
    v. )
                          )
QUALITY CORRECTIONAL CARE LLC, )
LaGRANGE COUNTY SHERIFF DEPT., )
  AKA TRACY HARKER, )
UNKNOWN QCC EMPLOYEES and )
UNKNOWN LCSD EMPLOYEES )
  in their individual capacities, )
                          )
           Defendants. )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating _____      Responding __X__      Intervening _____; and the
   undersigned attorney and all attorneys listed on this form now appear in
   this case for the following parties:

   Name of party: **LaGrange County Sheriff Dept., aka Tracy Harker**

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: **Daniel M. Witte, TRAVELERS STAFF COUNSEL INDIANA**

   Atty Number: **18957-49**

   Address: **280 East 96th Street, Suite 325, Indianapolis, IN 46240**

   Mailing Address: **P. O. Box 64093, St. Paul, MN 55164-0093**

   Phone: **(317) 818-5121**

   FAX: **(317) 818-5124**

   Email Address: **dwitte@travelers.com**

1

**IMPORTANT**:  Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(B) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a <u>civil</u> case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes \_\_\_\_ No  <u>X</u>

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes \_\_\_\_ No <u>X</u>

The party shall use the following address for purposes of legal service:

_____        Attorney's address

_____        The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

_____        Another address (provide)

This case involves a petition for involuntary commitment.  Yes \_\_\_\_ No  <u>X</u>

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

       _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:

(i)   Date of Birth _____

(ii)  Driver's License Number _____

      State where issued _____ Expiration date _____

(iii) State ID number _____

      State where issued _____ Expiration date _____

(iv)  FBI number _____

(v)   Indiana Department of Corrections Number
      _____

(vi)  Social Security Number is available and is being provided in an
      attached confidential document Yes _____ No ____

7.   There are related cases: Yes _____ No _X_

8.   Additional information required by local rule:
     _____

9.   There are other party members: Yes _____ No _____

10.  This form has been served on all other parties and Certificate of Service
     is attached:  Yes _X_ No ____

                                        Respectfully submitted,

                                        TRAVELERS STAFF COUNSEL INDIANA

                              By:    /s/ *Daniel M. Witte*_____
                                     Daniel M. Witte, 18957-49

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on **August 3, 2023**:

Charles C. Hayes
HAYES RUEMMELE LLC

Steven P. Lammers
MANDEL RAUCH & LAMMERS, P.C.

Brian M. Pierce
BRIAN PIERCE LAW


By:   /s/ *Daniel M. Witte*
Daniel M. Witte, 18957-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
(317) 818-5121
dwitte@travelers.com

DMW:gb

4

Filed: 8/3/2023 11:11 AM
Clerk
Hamilton County, Indiana

STATE OF INDIANA        )         IN THE HAMILTON SUPERIOR COURT 5
                    ) SS:
COUNTY OF HAMILTON   )        CAUSE NO. 29D05-2307-CT-006502

MISTY EASTERDAY, as Administrator of the  )
ESTATE OF HUGH EASTERDAY,  )
                            )
          Plaintiff,        )
                            )
  v.                        )
                            )
QUALITY CORRECTIONAL CARE LLC,  )
LaGRANGE COUNTY SHERIFF DEPT.,  )
  AKA TRACY HARKER,  )
UNKNOWN QCC EMPLOYEES and  )
UNKNOWN LCSD EMPLOYEES  )
  in their individual capacities,  )
                            )
          Defendants.    )

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER

Defendant, LaGrange County Sheriff Dept., aka Tracy Harker, by counsel, respectfully moves the Court for an enlargement of time pursuant to Ind. Trial Rule 6(B)(1), and shows the Court:

1.    A response to Plaintiff's *Complaint* is due on <u>August 14, 2023,</u> and said time has not expired.

2.    No prior enlargements have been requested.

3.    Said enlargement of time would expire on <u>September 13, 2023</u>.

4.    Such enlargement of time is necessary to allow undersigned counsel sufficient time to investigate the allegations, consult with Defendant, and prepare an appropriate responsive pleading.

1

WHEREFORE, Defendant, respectfully prays for an enlargement of time to respond to Plaintiff's Complaint and further requests entry of all other just and proper relief.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:   */s/ Daniel M. Witte*
        Daniel M. Witte, 18957-49

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on **August 3, 2023**:

Charles C. Hayes
HAYES RUEMMELE LLC

Steven P. Lammers
MANDEL RAUCH & LAMMERS, P.C.

Brian M. Pierce
BRIAN PIERCE LAW

By:   */s/ Daniel M. Witte*
        Daniel M. Witte, 18957-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
(317) 818-5121
dwitte@travelers.com

DMW:gb

2

STATE OF INDIANA      )         IN THE HAMILTON SUPERIOR COURT 5
                        ) SS:
COUNTY OF HAMILTON   )         CAUSE NO. 29D05-2307-CT-006502

MISTY EASTERDAY, as Administrator of the   )
ESTATE OF HUGH EASTERDAY,           )
                               )
           Plaintiff,           )
                               )
    v.                             )
                               )
QUALITY CORRECTIONAL CARE LLC,      )
LaGRANGE COUNTY SHERIFF DEPT.,      )
  AKA TRACY HARKER,           )
UNKNOWN QCC EMPLOYEES and        )
UNKNOWN LCSD EMPLOYEES         )
  in their individual capacities,       )
                               )
          Defendants.       )

## ORDER ENLARGING TIME TO ANSWER

     The Court, having reviewed the *Motion for Enlargement of Time to Answer* filed by Defendant, LaGrange County Sheriff Dept., aka Tracy Harker, and being duly advised in the premises, now GRANTS said motion.

     **IT IS THEREFORE ORDERED** that the time within which Defendant is required to respond to the Plaintiff's *Complaint* is enlarged to and including **September 13, 2023**.

Date: _____        _____
                                              Judge, Hamilton Superior Court 5

**DISTRIBUTION:**
Charles C. Hayes, HAYES RUEMMELE LLC
Steven P. Lammers, MANDEL RAUCH & LAMMERS, P.C.
Brian M. Pierce, BRIAN PIERCE LAW
Daniel M. Witte, TRAVELERS STAFF COUNSEL INDIANA

STATE OF INDIANA    )      IN THE HAMILTON SUPERIOR COURT 5
                  ) SS:
COUNTY OF HAMILTON    )      CAUSE NO. 29D05-2307-CT-006502

|  |  |  |
|---|---|---|
| MISTY EASTERDAY, as Administrator of the ESTATE OF HUGH EASTERDAY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| QUALITY CORRECTIONAL CARE LLC, LaGRANGE COUNTY SHERIFF DEPT.,   AKA TRACY HARKER, UNKNOWN QCC EMPLOYEES and UNKNOWN LCSD EMPLOYEES   in their individual capacities, | ) ) ) ) ) ) ) | **FILED**<br>August 4, 2023<br>CLERK OF THE HAMILTON<br>CIRCUIT COURT |
| Defendants. | ) | |

## ORDER ENLARGING TIME TO ANSWER

The Court, having reviewed the *Motion for Enlargement of Time to Answer* filed

by Defendant, LaGrange County Sheriff Dept., aka Tracy Harker, and being duly

advised in the premises, now GRANTS said motion.

**IT IS THEREFORE ORDERED** that the time within which Defendant is

required to respond to the Plaintiff's *Complaint* is enlarged to and including

**September 13, 2023**.

Date: _____8/3/2023_____    _____

                                  Judge, Hamilton Superior Court 5

**DISTRIBUTION:**
Charles C. Hayes, HAYES RUEMMELE LLC
Steven P. Lammers, MANDEL RAUCH & LAMMERS, P.C.
Brian M. Pierce, BRIAN PIERCE LAW
Daniel M. Witte, TRAVELERS STAFF COUNSEL INDIANA

# IN THE STATE OF INDIANA
# HAMILTON COUNTY SUPERIOR COURT NO. 5

| | |
|---|---|
| MISTY EASTERDAY AS ADMINISTRATOR OF THE ESTATE OF HUGH EASTERDAY,<br><br>                              Plaintiff, | |
| v. | Cause No.: 29D05-2307-CT-006502 |
| QUALITY CORRECTIONAL CARE LLC, LaGRANGE COUNTY SHERIFF DEPT. AKA TRACY HARKER, UNKNOWN QCC EMPLOYEES, UNKNOWN LCSD EMPLOYEES IN THEIR INDIVIDUAL CAPACITIES,<br><br>                              Defendants. | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**      __X___ Initiating              Responding            Intervening

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Plaintiff, *MISTY EASTERDAY AS ADMINISTRATOR OF THE ESTATE OF HUGH EASTERDAY***

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | |
|---|---|
| Name:    Steven P. Lammers<br>Address:  MANDEL RAUCH & LAMMERS, P.C.<br>              704 Adams St., Suite F<br>              Carmel, IN  46032 | Atty No.   26443-64<br>Phone:    317-581-7440<br>FAX:       317-848-6197<br>Computer Address:   slammers@mhmrlaw.com |

3. There are other party members:  _X_ Yes  ___ No *(If yes, list on continuation page.)*

4. ***If first initiating party filing this case,*** the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):  __N/A_____

5. I will accept service by FAX at the above noted number:  _X_ Yes  _____ No

6. This case involves support issues:  _____ Yes  _X_ No *(If yes, supply social security numbers for all family members on continuation page.)*

7. There are related cases:  ___ Yes  _X_ No  *(If yes, list on continuation page.)*

8. This form has been served on all other parties.  Certificate of service is attached:  _X_ Yes _____ No

9. Additional information required by local rule:  N/A

| Date:  August 14, 2023 | [signature]<br><br>_____<br>Steven P. Lammers (Attorney No. 26443-64)<br>Attorney for Plaintiff, *Misty Easterday, As Administrator of the Estate of Hugh Easterday* |
| --- | --- |

**Continuation of Item # 2** (For Attorney use only; list additional attorneys appearing for party member, as applicable):

Jane H. Ruemmele Atty. Number: 6555-49
22 East Washington Street, Suite 610, Indianapolis, IN, 46204
Phone: 317.491.1050
FAX: 317.491.1043
jane@chjrlaw.com

Charles C. Hayes
Hayes Ruemmele LLC
22 E. Washington Street
Suite 610
Indianapolis, Indiana 46204
Telephone: (317) 491-1050
Facsimile: (317) 491-1043

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2023, this office electronically filed the

foregoing with the Clerk of Court using the electronic filing system, which sent notification of such filing and

document access links to the following:

Brian M. Pierce                    Daniel M. Witte                    Charles C. Hayes
brian@brianpiercelaw.com           dwitte@travelers.com               charles@chjrlaw.com

_____

Steven P. Lammers

MANDEL RAUCH & LAMMERS, P.C.
704 Adams St., Suite F
Carmel, IN  46032
317-581-7438 /FAX 317-848-6197

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT 5 |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D05-2307-CT-006502 |

| | |
|---|---|
| MISTY EASTERDAY, as Administrator of the<br>ESTATE OF HUGH EASTERDAY,<br><br>    Plaintiff,<br><br> v.<br><br>QUALITY CORRECTIONAL CARE LLC,<br>LaGRANGE COUNTY SHERIFF DEPT.,<br> AKA TRACY HARKER,<br>UNKNOWN QCC EMPLOYEES and<br>UNKNOWN LCSD EMPLOYEES<br> in their individual capacities,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Filed: 8/17/2023 10:45 AM
Clerk
Hamilton County, Indiana

# DEFENDANT LaGRANGE COUNTY SHERIFF DEPT., AKA TRACY HARKER'S NOTICE OF REMOVAL OF CAUSE TO FEDERAL COURT

Defendant, LaGrange County Sheriff Dept., aka Tracy Harker, by counsel, hereby provides notice of the removal of this cause from the Hamilton Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. §§ 1441 and 1446. Counsel for Co-Defendant, Quality Correctional Care LLC, consents to this removal. *See Exhibit "A."*

Pursuant to 28 U.S.C. § 1446(d), the Hamilton Superior Court is deprived of jurisdiction and shall undertake no further proceedings with respect to this cause.

1

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:     /s/ *Daniel M. Witte*
        Daniel M. Witte, 18957-49


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on **August 17, 2023**:

Charles C. Hayes
HAYES RUEMMELE LLC

Steven P. Lammers
MANDEL RAUCH & LAMMERS, P.C.

Brian M. Pierce
BRIAN PIERCE LAW


By:     /s/ *Daniel M. Witte*
        Daniel M. Witte, 18957-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**_Mailing Address:_** P. O. Box 64093, St. Paul, MN 55164-0093
(317) 818-5121
dwitte@travelers.com

DMW:gb

2

STATE OF INDIANA )             IN THE HAMILTON SUPERIOR COURT 5
                 ) SS:
COUNTY OF HAMILTON )           CAUSE NO. 29D05-2307-CT-006502


MISTY EASTERDAY, as Administrator of the    )
ESTATE OF HUGH EASTERDAY,                    )
                                             )
                    Plaintiff,               )
                                             )
         v.                                  )
                                             )
QUALITY CORRECTIONAL CARE LLC,               )
LaGRANGE COUNTY SHERIFF DEPT.,               )
  AKA TRACY HARKER,                          )
UNKNOWN QCC EMPLOYEES and                    )
UNKNOWN LCSD EMPLOYEES                       )
  in their individual capacities,            )
                                             )
                    Defendants.              )


### CONSENT TO REMOVAL OF CAUSE TO FEDERAL COURT

Defendant, Quality Correctional Care LLC, by counsel, hereby consents to the removal of the above-captioned cause to the United States District Court, Southern District, Indianapolis Division by Co-Defendant, LaGrange County Sheriff Dept., aka Tracy Harker.


By:    */s/  Brian M. Pierce* (authorized)
       Brian M. Pierce, 24350-18
       **BRIAN PIERCE LAW**
       P. O. Box 1411
       Muncie, IN 47308
       (765) 385-9506
       brian@brianpiercelaw.com
       *Counsel for Defendant*
       *Quality Correctional Care LLC*

**EXHIBIT "A"**